# Court of Appeals
# of the State of Georgia

ATLANTA, March 10, 2026

*The Court of Appeals hereby passes the following order*

## A26D0358. TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY v. ROOF PARTNERS, LLC .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

24GC01947



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, March 10, 2026.

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith* , *Clerk.*